UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

United States of America,

    Plaintiff,                                   Case No. 2:04-cr-22

v.                                                 Hon. R. Allan Edgar

Kimberly Sue Smith

    Defendant.
_____/

MEMORANDUM

Loss and Restitution Calculations:

**Calculation of Intended Loss for Guidelines Purposes:**

| | | |
|---|---:|---:|
| Audit | $165,909.68 | |
| Bounced Checks | 190.650.93 | |
| Indianapolis Fraud | 20,547.90 | |
| Total | | $377,108.51 |

Deductions:

| | | |
|---|---:|---:|
| Amt defendant repaid prior to commencement of investigation | $ 2,806.79 | |
| Defendant's snow blower payments | 2,000.00 | |
| Defendant's payments on table | 7,500.00 | |
| ARC Travel Budget | 12,000.00 | |
| Mackinac Is. Trip credit | 2,244.23 | |
| Recovered furniture | 4,959.00 | |
| Total | | $ 31,510.02 |

Total calculated intended loss:                             $345,598.49

**Restitution Calculation:**

| | | | |
|---|---|---|---|
| Intended Loss: | | | $345,598.49 |
| Deductions: | | | |
| | Bounced Checks | $190,650.93 | |
| | Value of Snow Blower | $ 3,550.00 | |
| | Value of Table | 2,500.00 | |
| | Defendant's total repayments (less 2806.79) | 43,859.99 | |
| | Portion of Indianapolis conduct where there was no loss | 12,488.00 | |
| | Total | | - $253,048.92 |
| | | | $101,549.57 |

Total Restitution: $92.549.57

Bank of America $8059.90
American Red Cross $84,489.67

| | |
|---|---|
|     1/17/06 |    /s/ R. Allan Edgar |
| Date | R. ALLAN EDGAR |
| | UNITED STATES DISTRICT JUDGE |